SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

*E-filed 9/5/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> MILES DAVIS RANDALL, ) <br> ) <br>    Defendant. ) <br> ) <br>_____ ) | No. 07-70201 RS <br><br> STIPULATION AND [] <br> ORDER EXCLUDING TIME <br><br><br> SAN JOSE VENUE |

    On August 30, 2007, the parties in this case appeared before the Court for a status hearing on a Rule 20 transfer.  At the hearing, Assistant United States Attorney Susan Knight informed the Court that the parties, specifically, Assistant Federal Public Defender Lara Vinnard, and the United States Attorney's Offices for the Southern and Northern Districts of California, were continuing to negotiate a plea agreement in order to facilitate the transfer of the defendant's case to the Northern District of California, and needed additional time to finalize an agreement. Therefore, the parties jointly requested that the case continued to September 27, 2007 for a status hearing on a Rule 20 transfer.  The parties also requested an exclusion under the Speedy Trial Act from August 30, 2007 to September 27, 2007.  The undersigned parties agree and stipulate

1  that an exclusion of time is appropriate based on the defendant's need for effective preparation of
2  counsel.
3  SO STIPULATED:                                SCOTT N. SCHOOLS
                                                  United States Attorney
4
5  DATED:                                        _____/s/_____
                                                  SUSAN KNIGHT
6                                                 Assistant United States Attorney
7
   DATED:                                        _____/s/_____
8                                                 LARA S. VINNARD
                                                  Assistant Federal Public Defender
9
10
11     Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded
12 under the Speedy Trial Act from August 30, 2007 to September 27, 2007.  The Court finds, based
13 on the aforementioned reasons, that the ends of justice served by granting the requested
14 continuance outweigh the best interest of the public and the defendant in a speedy trial.  The
15 failure to grant the requested continuance would deny defense counsel reasonable time necessary
16 for effective preparation, taking into account the exercise of due diligence, and would result in a
17 miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made
18 under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
19 SO ORDERED.
20
21 DATED:___9/5/07_____                         _____
                                                  HOWARD R. LLOYD
22                                                United States District Judge