1 | BARRY J. PORTMAN
Federal Public Defender
2 | LARA S. VINNARD
Assistant Federal Public Defender
3 | 160 West Santa Clara Street, Suite 575
San Jose, CA  95113
4 | Telephone:  (408) 291-7753

5 | Counsel for Defendant RANDALL

6

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | SAN JOSE DIVISION

11

| UNITED STATES OF AMERICA,                )        No. CR 07-70201 RS
12 |                                         )
|                        Plaintiff,         )        **STIPULATION TO CONTINUE**
13 |                                         )        **HEARING AND EXCLUDE TIME;**
| v.                                        )        **[PROPOSED] ORDER**
14 |                                         )
| MILES DAVIS RANDALL,                      )
15 |                                         )
|                        Defendant.         )
16 | _____ )

17 |     Defendant and the government, through their respective counsel, hereby stipulate that,

18 | subject to the court's approval, the status hearing in the above-captioned matter, presently

19 | scheduled for Wednesday, September 27, 2007, at 2:00 p.m., be continued to Thursday, October

20 | 25, 2007, at 2:00 p.m.

21 |     The continuance is requested because the parties have encountered difficulties in

22 | attempting to transfer this case from the Southern District of California to the Northern District

23 | of California, and additional time is needed before the parties can jointly consent to the Rule 20

24 | transfer.

25 |     The parties further agree that time should be excluded under the Speedy Trial Act because

26 | the defense requires time for effective preparation and investigation, and the ends of justice

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 07-70201 RS                          1

1   outweigh the defendant's and the public's need for a speedy trial.

2   Dated: 9/21/07                                        /s/
                                           LARA S. VINNARD
3                                          Assistant Federal Public Defender

4   Dated: 9/21/07                                        /s/
                                           SUSAN KNIGHT
5                                          Assistant United States Attorney

6
                                  **ORDER**
7
        The parties have jointly requested a continuance of the hearing set for September 27,
8
    2007, to allow time for the parties to resolve details regarding the transfer of this matter to the
9
    Northern District of California.
10
        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
11
    presently set for September 27, 2007, at 2:00 p.m., be continued to October 25, 2007,  at 2:00
12
    p.m.
13
        Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time
14
    from September 27, 2007, to October 25, 2007, shall be excluded from the period of time within
15
    which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.
16

17   Dated: 9/21/07                        _____
                                           PATRICIA V. TRUMBULL
18                                         United States Magistrate Judge

19

20

21

22

23

24

25

26

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 07-70201 RS                   2